IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TAYLOR HATFIELD-EVANS; WENDI LUCKEY; and NAOMI MENDOZA, individually and on behalf of similarly situated employees,<br><br>  Plaintiffs,<br><br>v.<br><br>ENNRL, INC. d/b/a COLONEL'S CAFÉ; NINA SEMAAN; and EDGARD SEMAAN, individually,<br><br>  Defendants. | Case No. 3:17-cv-00419 |

**NOTICE OF REMOVAL**

Defendants ENNRL, LLC, misidentified by Plaintiffs as ENNRL, Inc., Nina Semaan, and Edgard Semaan (collectively "Defendants"), by and through counsel, jointly remove this action from the Circuit Court of Knox County, Tennessee to the United States District Court for the Eastern District of Tennessee. Defendants show the following in support of this Notice of Removal:

1. On August 21, 2017, Plaintiffs filed this action in the Circuit Court of Knox County Tennessee, bearing the style *Taylor Hatfield-Evans, Wendi Luckey, and Naomi Mendoza, individually and on behalf of similarly situated employees v. ENNRL, Inc. d/b/a Colonel's Café and Nina Semaan and Edgard Semaan, individually*, Case No. 3-304-17.

2. Defendants were served with summons and a copy of the Complaint in this action on August 30, 2017.[1] This Notice of Removal is therefore filed within the time permitted by 28 U.S.C. § 1446(b).

---

[1] The documents attached hereto as Exhibit 1 constitute all process, pleadings, and orders received by Defendants in this action to date.

2. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(c) in that Plaintiffs plead claims against Defendants arising under the laws of the United States, namely the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

3. Plaintiffs have demanded a jury.

4. All defendants join in and consent to this Notice of Removal.

5. A copy of this Notice of Removal will be promptly filed with the clerk of the Circuit Court of Knox County, Tennessee, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that this action, now pending in the Circuit Court of Knox County, Tennessee, be removed to the United States District Court for the Eastern District of Tennessee.

Respectfully submitted,

*Richard E. Collins*
Richard E. Collins (TN Bar # 24368)

COLLINS & DOOLAN, PLLC
422 S. Gay St., Suite 301
Knoxville, TN 37902
(865) 409-4416
richard@collinsdoolan.com

**COUNSEL FOR ENNRL, LLC,
NINA SEMAAN, and EDGARD SEMAAN**

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of September, 2017, caused a true and correct copy of the foregoing to be served on the following counsel of record via e-mail pursuant to Fed. R. Civ. P. 5.

Jesse D. Nelson (TN Bar # 025602)
Kayla L. Towe (TN Bar # 033592)
NELSON LAW GROUP, PLLC
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
jesse@NLGattorneys.com
kayla@NLGattorneys.com

*Counsel for Plaintiffs*

*Richard E. Collins*
Richard E. Collins