# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TAYLOR HATFIELD-EVANS, WENDI LUCKEY, and NAOMI MENDOZA, individually and on behalf of similarly situated employees,<br><br>    Plaintiffs,<br><br>v.<br><br>ENNRL, INC. d/b/a COLONEL'S CAFÉ and NINA SEMAAN and EDGARD SEMAAN, individually,<br><br>    Defendants. | No. 3:17-cv-00419 |

## NOTICE OF FILING
## REVISED SETTLEMENT AGREEMENT

Defendants ENNRL, Inc. d/b/a Colonel's Café, Nina Semaan, and Edgard Semaan (collectively "Defendants"), through counsel and pursuant to the Court's November 19, 2018 Order adopting the Magistrate Judge's Report and Recommendation (Doc. 23), hereby give notice that a true and accurate copy of the parties' fully executed, revised Settlement Agreement and Release is being filed contemporaneously herewith and is attached to this Notice of Filing as "**EXHIBIT 1**."

Respectfully submitted, this the 26th day of December 2018.

| | |
|---|---|
| /s/ Kayla M. Swiney | /s/ T. Mitchell Panter |
| Jesse D. Nelson (TBPR# 025602) | Matthew J. Evans (TBPR# 017973) |
| Kayla M. Swiney (TBPR# 036320) | T. Mitchell Panter (TBPR# 031744) |
| Nelson Law Group, PLLC | Paine Bickers, LLP |
| 10263 Kingston Pike | 900 S. Gay Street, Ste. 2200 |
| Knoxville, TN 37922 | Knoxville, TN 37902 |
| Tel: (865) 383-1053 | Tel: (865) 525-0880 |
| Fax: (865) 383-1054 | Fax: (865) 521-7441 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      This the 26th day of December 2018.

                                           /s/ T. Mitchell Panter